Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNE HUNG NGUYEN,<br><br>          Petitioner,<br><br>     v.<br><br>ROBERT A. HOREL, WARDEN,<br><br>          Respondent. | Case No. SA CV 07-1087-ABC (PJW)<br><br>J U D G M E N T |

   Pursuant to the Order issued this day,

   IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed.

   DATED:     5/22/08    .

                              _____
                              AUDREY B. COLLINS
                              UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\NGUYEN, D 1087\Ord_dismiss_successive pet_Judgmt.wpd